**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ROGER DUFRESNE,**

                              **Plaintiff,**

              **v.**                                          **5:12-CV-0049**
                                                              **(MAD/TWD)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                              **Defendant.**
_____
_____

**APPEARANCES:**                              **OF COUNSEL:**

OLINSKY LAW GROUP                         MICHAEL J. TELFER, ESQ.
One Park Place
300 South State Street
Syracuse, NY 13202
*Attorney for Plaintiff*

SOCIAL SECURITY ADMINISTRATION            MONIKA K. PROCTOR, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278
*Attorney for Defendant*

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

## ORDER

        The above matter comes to me following a Report-Recommendation by Magistrate Judge

Thérèse Wiley Dancks, duly filed on the 8th day of March 2013.  Following fourteen (14) days

from the service thereof, the Clerk has sent me the file, including any and all objections filed by

the parties herein.

        After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1.  The Report-Recommendation is hereby adopted in its entirety.

2.  The Clerk is directed to close the case and enter judgment accordingly.

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the

Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  March 27, 2013
        Albany, New York

Mae A. D'Agostino
U.S. District Judge

2