**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**ROGER DUFRESNE,**

      **Plaintiff,**

  v.            **5:12-CV-0049
                  (MAD/TWD)**

**MICHAEL J. ASTRUE,
Commissioner of Social Security,**

      **Defendant.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| OLINSKY LAW GROUP<br>One Park Place<br>300 South State Street<br>Syracuse, NY 13202<br>_Attorney for Plaintiff_ | MICHAEL J. TELFER, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, New York 10278<br>_Attorney for Defendant_ | MONIKA K. PROCTOR, ESQ. |

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

### **ORDER**

  The above matter comes to me following a Report-Recommendation by Magistrate Judge Thérèse Wiley Dancks, duly filed on the 8th day of March 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

  After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Clerk is directed to close the case and enter judgment accordingly.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: March 27, 2013
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge